JD MERRICK, #099252
Name and Prisoner/Booking Number

AZ STATE PRISON COMPLEX - TUCSON
Place of Confinement

PO BOX 24403
Mailing Address

TUCSON, AZ 85734
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
       FILED        LODGED
       RECEIVED     COPY

       APR - 3 2023

       CLERK U S DISTRICT COURT
       DISTRICT OF ARIZONA
    BY                      DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

JD MERRICK,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) CENTURION OF ARIZONA LLC., et AL.,
(Full Name of Defendant)

(2) NAPHCARE,

(3) _____,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-23-0156-TUC-JGZ-PSOT
(To be supplied by the Clerk)

**TRIAL BY JURY DEMANDED**

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

■ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ■ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: ASPC-TUCSON, 10,000 S. Wilmot Rd., Tucson, AZ 85734

## B. DEFENDANTS

1. Name of first Defendant: <u>Centurion of Arizona, LLC.</u>   The first Defendant is employed as: <u>Former vendor for Healthcare</u> at <u>ASPC-Tucson</u>
   (Position and Title)                                                  (Institution)

2. Name of second Defendant: <u>Naphcare</u>   The second Defendant is employed as: <u>Current vendor for Healthcare</u> at <u>ASPC-Tucson</u>
   (Position and Title)                                                  (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____
   (Position and Title)                                                  (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____
   (Position and Title)                                                  (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ■ Yes   ☐ No

2. If yes, how many lawsuits have you filed? <u>9 or 10?</u>. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: <u>Merrick</u> v. <u>Shinn, et al.,</u>
      2. Court and case number: <u>CIV 22-00156-TUC-JGZ</u>
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) <u>Pending</u>

   b. Second prior lawsuit:
      1. Parties: <u>Merrick</u> v. <u>Ramos, et al.,</u>
      2. Court and case number: <u>CIV 19-0474-TUC-DCB</u>
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) <u>Plaintiff Settled out of Court.</u>

   c. Third prior lawsuit:
      1. Parties: <u>Merrick</u> v. <u>Lindeman, et al.,</u>
      2. Court and case number: <u>CIV 17-0014-TUC-DCB</u>
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) <u>Plaintiff Settled out of Court.</u>

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## C. PREVIOUS LAWSUITS (cont.)

d. Fourth prior lawsuit: Merrick v. Schriro, et al., CIV 08-0209-TUC-AWT.
   Result: Plaintiff settled out of court.

e. Fifth prior lawsuit: Merrick v. Ryan, et al., CIV 13-01544-PHX-
   Result: Plaintiff settled out of court.

f. Sixth prior lawsuit: Logan v. Dupnik, et al., CIV 93-00209-TUC-WDB.[1]
   Result: Plaintiff settled out of court.

---

[1] There are approximately two cases not listed because the plaintiff can not find the information. They would be 20+ years old.

### D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Eighth Amendment of the U.S. Constitution:

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ■ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

### DEFENDANTS

1. At all times relevant JD Merrick ("Plaintiff" hereafter) is a prisoner under the control and custody of the Arizona Department of Corrections Rehabilitation and Re-Entry ("ADCRR") and is housed in the Medical Special Needs Unit ("SNU") of the Rincon Unit at ASPC-Tucson.

2. At all times relevant Centurion of Arizona ("Defendant") was the ADCRR contractor for inmate healthcare between April 2019 – October 2022. At all times herein they acted under the color of state law and are sued in the individual capacity.

3. At all times relevant Naphcare ("Defendant") is the ADCRR contractor for inmate healthcare from October 1, 2022, to present. At all times herein they are acting under the color of state law and are sued in the individual and official capacity.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   1. Plaintiff to date has lost over 50 pounds resulting from not having dentures.
   2. Plaintiff is in pain because he is forced to eat a dental soft diet that is no different from the common fare and to bite or chew hard foods hurt badly. Plaintiff's gums are swollen.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ■ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ■ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ■ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

COUNT ONE cont.

4. At all times relevant John Doe 1 ("Defendant") is responsible for creating, implementing and or enforcing dental policies under the ADCRR contract with Defendant Centurion. Doe 1 acted under the color of state law at all times herein and is sued in his individual capacity.

5. At all times relevant John Doe 2 ("Defendant") is responsible for creating, implementing and or enforcing dental policies under the ADCRR contract with Defendant NaphCare. Doe 2 acted under the color of state law at all times herein and is sued in his individual capacity.

## SUPPORTING FACTS

6. On February 17th, 2022, the plaintiff had all of his existing teeth pulled under the contract with Defendant Centurion.

7. Under Defendant Centurion and Defendant Doe 1 dental policies, dentures come from an out-of-state lab and it takes months to get an inmate their dentures.

8. In the community people who need dentures receive them within one week after their teeth are pulled, on average.

9. When the plaintiff had his teeth pulled on 2/17/22 Defendants Corizon and Doe 1 already knew that their contract with the ADCRR was expiring on or about September 30th, 2022, and it wasn't being extended.

3a

COUNT ONE CONT.

10. Seven (7) months passed between the time when the plaintiff's teeth were pulled on 2/17/22 and the contract with Centurion ended on 9/30/22. And Defendants Centurion and Doe 1 refused to give the plaintiff dentures, which caused the plaintiff to lose significant weight and experience mouth/gum pain that kept him up at night.

11. On October 1, 2022, the Defendants Naphcare and Doe 2 assumed responsibility for providing the plaintiff dental care and dentures.

12. Naphcare and Doe 2 did not provide the plaintiff with dentures for several more months even though the plaintiff told them via HNRs and grievances that he lost over 50 pounds and was in a lot of pain since his teeth were taken.

13. On September 7, 2022, the plaintiff submitted an informal complaint in case # 22-045247, which in relevant part reads: "7 months has passed since my teeth were pulled and Centurion is refusing to give me false teeth. I'm being told I have to wait until the new vendor comes... Without false teeth I can't eat 75% of food."

14. On September 29th, 2022, the Facility Health Administrator ("FHA") Jennifer Davie responded to the plaintiff's 9/07/22 Informal Complaint in #22-045247, in relevant part: "... you were seen by dental on 9/14/22 [seven months after plaintiff's teeth were pulled] at which time your denture order was placed... This issue is resolved."

3b

COUNT ONE CONT.

15. On October 05, 2022, the plaintiff filed a formal grievance in case #22-045247, in relevant part, stating: "...Jennifer Davie seems to think it is okay that dental waited 8 months to start fitting me for dentures, a process that will take almost a year from the time my teeth were pulled. On the outside false teeth are issued within 72 hours... I want my false teeth ASAP, please." (Emphasis Original).

16. On October 28, 2022, FHA Davie responded to plaintiff's formal grievance dated 10/05/22, in case # 22-045247, stating in relevant part: "The community standard for custom-made dentures is between three and six months after the teeth have been pulled... You are also not the only patient in Tucson waiting for dentures..."

17. On November 03, 2022, the plaintiff submitted a Grievance Appeal in case # 22-045247, which in relevant part stated: "1. Ms. Davie's answer was insincere and self-serving. There's no dispute that dental waited 8 long and painful months to start the process for obtaining dentures. Davie admits that the standard is 3 months... The real problem is that dental relies on a lab in other states and there isn't sufficient staffing here... I've lost 60 pounds in 2022."

18. Defendants Naphcare and Doe 2 ignored my Grievance Appeal filed on 11/03/22.

19. Because of Defendant Naphcare and Defendant Doe 2's policy the

3c

COUNT ONE cont.

Plaintiff still has not received his dentures as of this date.

## STATEMENT OF CLAIM

20.  Paragraphs 1-19 herein demonstrate that individually and collectively: Defendants Centurion, Doe 1, Naphcare, and Doe 2, acted deliberately indifferent to the plaintiff's pain and suffering to his serious dental needs, in violation of his Eighth Amendment Right to be free from Cruel and Unusual Punishment.

## END COUNT ONE

3d

## E. REQUEST FOR RELIEF

State the relief you are seeking:

1. Plaintiff seeks Nominal, compensatory and punitive damages in the Amount of $50,000 for his pain and suffering and injuries.
2. Plaintiff seeks A temporary and permanent injunction ordering the defendants to provide the plaintiff with dentures or implants.
3. Plaintiff seeks any and all expences associated with his litigation herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _March 28, 2023_
　　　　　　　　DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.