# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JD Merrick,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Centurion of Arizona LLC, et al.,<br><br>　　　　Defendants. | No. CV-23-00156-TUC-JGZ<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation to Dismiss with Prejudice. (Doc. 43.) Having considered the parties stipulation, and good cause appearing,

**IT IS ORDERED**:

1. The parties' Stipulation to Dismiss with Prejudice (Doc. 43) is **granted**. Defendant Centurion of Arizona, LLC, and NaphCare, Inc are hereby dismissed from this action with prejudice, the parties to bear their own costs and attorneys' fees.
2. Plaintiff's Motion to Amend Complaint (Doc. 29) is **denied as moot.**
3. The Clerk of Court is directed to close this case.

Dated this 4th day of June, 2024.

_____
Jennifer G. Zipps
United States District Judge